UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Judge Jack B. Schmetterer | Hearing Date | June 6, 2012 |
| Bankruptcy Case No. | 09 B 28495 | Adversary No. | |
| Title of Case | In re: Alan Burmeister | | |
| | Janie Burmeister | | |
| Brief Statement of Motion | Trustee's Motion to Dismiss for Failure to Make Plan Payments | | |
| Names and Addresses of moving counsel | See attached Service List | | |
| Representing | | | |

**ORDER**

IT IS HEREBY ORDERED that:

Trustee's motion to dismiss for failure to make plan payments is set for final hearing on June 20, 2012 at 10:00 a.m. in courtroom 682. Debtor Janie Burmeister is ordered to appear in person.

Enter:

Jack B. Schmetterer, U.S.B.J.